FILED
7/18/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Dante' G. Hubbard

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Thomas Dart

**RECEIVED**

JUN 0 2 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-5846
Judge Robert M. Dow, Jr.
Magistrate Judge Jeffrey T. Gilbert
PC4

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

CHECK ONE ONLY:   **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Dante' Gerome Hubbard

   B. List all aliases: N/A

   C. Prisoner identification number: 20151110042

   D. Place of present confinement: Cook County Department of Corrections

   E. Address: 2701 S California Chicago, Il 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart

      Title: Cook County Sheriff

      Place of Employment: Cook County Department of Corrections

   B. Defendant: N/A

      Title: N/A

      Place of Employment: N/A

   C. Defendant: N/A

      Title: N/A

      Place of Employment: N/A

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____ N/A _____

    B. Approximate date of filing lawsuit: _____ N/A _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

    D. List all defendants: _____ N/A _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

    F. Name of judge to whom case was assigned: _____ N/A _____

    G. Basic claim made: _____ N/A _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

    I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

During MAY 11th to Nov. 11th 2014, I was a part of Golf 38 the first platoon of Thomas Darts Vric program which was initially an alternative incarceration program for CCDOC. Bootcamp name was changed to Vric. Our platoon spent one month on the Bootcamp facility on 26th and Rockwell, then we were forced to move the entire facility and equipment into a condemned building on 31st and California. We were told if we didn't move the materials which include desks, weights, furnitures, beds, etc, we would be terminated from the program and sent to be sentenced to our time we were fighting. Several of us was picked to sweep and mop this condemned building which was full of mold, mice, cockroaches, and warning signs of Asbestos. The building wasn't properly cleaned! They moved 38 of us into the building 3rd floor where we would spend the next 5 months performing intense workouts. The contracts we agreed to by signature were breached. They clearly stated that we would receive three hot meals that gave us the proper nutrition to perform these workouts. We only received one hot meal for dinner, boiled eggs for breakfast with bread and milk, and

one sandwich with potato chips for lunch. This didn't provide us with the proper diet! The water we drank each day was from the sink and was never cold. There was no kitchen where our mugs could be properly cleaned. We got sick and if it wasn't severe we didn't get medical attention. Drill instructors determined the severity of our sickness, not a nurse or doctor. I was also one of nine inmates that was forced to participate in Thomas Darts NRI program. (Neighborhood Restoration Initiative) Forced because we tried to reject being a part of this program, but we were told by directors of the program if we refused we would be sent to fight our cases, terminated unsatisfactory from bootcamp resulting in sentences. This program allowed us to go outside each day but to be subjected to serious injury, even death! In this program we went out to deconstruct abandoned houses which had terrible structures, molded insides, & abestos. This was definately an unsafe environment for untrained workers, without proper equipment also. We didn't receive steal toe boots, sufficient ear nor eye wear, proper gloves and our hard hats were damaged hand-me-downs. The technique we used were not professional but as long as the job was done Thomas Dart gained recognition for his program. While Thomas Dart was not concerned of our safety or health during bootcamp, I was subjected to extreme labor and conditions without proper and necessary gear and tools.

Revised 9/2007

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation due to pain and suffering, emotional distress, malnutrition, inhumane living conditions, breach of contract, and forced labor.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __23__ day of __3__, 20__16__

_____(signature)_____
(Signature of plaintiff or plaintiffs)

Dante' G. Hubbard
(Print name)

20151110042
(I.D. Number)

Home  8325 S Luella Ave.
      Chicago, Il 60617
(Address)

Jail  2701 S California
      Chicago, Il 60608